UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS RIDLOFF and ASL SLAM INC., <br><br> Plaintiffs, <br><br> -against- <br><br> ANNE MARIE JADE BRYAN and JADE FILMS AND ENTERTAINMENT LLC, <br><br> Defendants. | 25-cv-7087 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court is in receipt of plaintiffs' motion for a preliminary injunction. *See* Dkt. 14. Plaintiffs have not sought any emergency relief in connection with this application. Plaintiffs shall serve the complaint, motion, and all supporting papers on all defendants by **September 2, 2025** at **5:00 PM**. The parties should then meet and confer and, by **September 9, 2025**, propose a schedule for any discovery and briefing on plaintiffs' motion.

    SO ORDERED.

Dated: August 29, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge