UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS RIDLOFF and ASL SLAM, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> ANNE MARIE "JADE" BRYAN and JADE FILMS AND ENTERTAINMENT, LLC, <br><br> Defendants. | 25-cv-7087 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The parties are ordered to appear for an in-person hearing on **Friday, October 17** at **3:00 PM** in **Courtroom 15A, 500 Pearl Street, New York, NY 10007.** The parties should be prepared to address plaintiffs' motion for a preliminary injunction, in addition to plaintiffs' recent letter to the Court, *see* Dkt. 45. Ms. Bryan shall attend the hearing and should be prepared to testify, under penalty of perjury, that the documents filed with her opposition to the preliminary injunction motion **are legitimate, were not manipulated, and are in fact from the date set forth in defendants' papers**.

SO ORDERED.

Dated: October 15, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge