UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUGLAS RIDLOFF and ASL SLAM, INC.,

                    Plaintiffs,

-against-

ANNE MARIE "JADE" BRYAN and JADE FILMS AND ENTERTAINMENT, LLC,

                    Defendants.

25-cv-7087 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The hearing scheduled for 3:00 PM today will now be held in Courtroom 26B.

SO ORDERED.

Dated: October 17, 2025
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge