UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS RIDLOFF and ASL SLAM, INC., <br><br>      Plaintiffs, <br><br>-against- <br><br>ANNE MARIE "JADE" BRYAN and JADEFILMS AND ENTERTAINMENT, LLC, <br><br>      Defendants. | 25-CV-7087 (AS) <br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Counsel shall meet and confer in good faith about resolving this case.

  The parties shall appear for a teleconference on Thursday, October 23 at 2:00 PM to provide a status update. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 115 910 254, followed by the pound (#) sign.

  If the case has not been resolved, the parties shall appear again for a hearing in Courtroom 26B on Friday, October 24 at 2:00 PM.

  SO ORDERED.

Dated: October 20, 2025
    New York, New York

                     _____
                       ARUN SUBRAMANIAN
                     United States District Judge