UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS RIDLOFF and ASL SLAM, INC., <br><br>                              Plaintiffs, <br><br> -against- <br><br> ANNE MARIE "JADE" BRYAN and JADE FILMS AND ENTERTAINMENT, LLC, <br><br>                              Defendants. | 25-cv-7087 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   The teleconference scheduled for Friday, November 14, 2025, at 2:00 PM is hereby adjourned to Friday, November 21, 2025. Same time, same dial-in information. The parties should finalize and sign their settlement agreement before then. If they do this, they should notify the Court, and the teleconference will be canceled.

   SO ORDERED.

Dated: November 18, 2025
       New York, New York

                                                    _____
                                                           ARUN SUBRAMANIAN
                                                         United States District Judge