**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DOUGLAS RIDLOFF and<br>ASL SLAM, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ANNE MARIE "JADE" BRYAN and<br>JADE FILMS AND ENTERTAINMENT,<br>LLC,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-07087-AS |

## ~~PROPOSED~~ ORDER

Based on the parties' Joint Stipulation of Dismissal with Prejudice, the Clerk of Court is directed to dismiss this matter with prejudice. This Court retains continuing jurisdiction over the parties to enforce, and to adjudicate, any alleged breach of the terms of the parties' settlement agreement that is not cured within the 30-day cure period set forth in the settlement agreement, despite the parties' good-faith effort. In the event of such alleged breach of the above mentioned settlement agreement, the non-breaching party shall file a motion with the Court, and the allegedly breaching party shall have 14 days to respond to such motion. No reply or sur-reply shall be filed without the Court's permission.

IT IS SO ORDERED.

Dated: _____December 15_____, 2025

_____
Honorable Arun Subramanian
United States District Judge